UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOBAK SAUSAGE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 06 CV 4747 |
| BOBAK ORLAND PARK, INC. d/b/a FRANK | ) |
| BOBAK FRESH MARKETPLACE, an Illinois | ) |
| corporation, BOBAK NAPERVILLE, INC., | ) |
| an Illinois corporation, and BOBAK BURR | ) |
| RIDGE, INC., an Illinois corporation, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF JUDGMENT**

On February 4, 2008, judgment was entered in this Court in favor of BOBAK SAUSAGE COMPANY, against BOBAK ORLAND PARK, INC. whose address is 11333 West 159th Street, Orland Park, IL 60457, and JOHN BOBAK, whose address is 8515 Johnston Rd., Burr Ridge, IL 60527, in the amount of $150,000, plus statutory interest.

_____
Matthew F. Kennelly, US District Judge

Date:   February 4, 2008

AFTER RECORDING RETURN TO:
Marcos Reilly
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000